## Joseph Brockman, Appellee, v. Peoples Gas Light and Coke Company and John M. Gallagher, Appellants.

### Gen. No. 41,984.

opinion filed May 5, 1943. Daily, Dines, White & Fiedler, for appellants; Edward H. Fiedler and George J. O'Grady,

of counsel; Mack S. Colburn, F. Patrick Conlon and Marion J. Hannigan, for appellee. Opinion by JUSTICE KILEY. "Not to be published in full."